# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SKYLLEUR HAYES

NO. 2022 KW 0615

**AUGUST 2, 2022**

---

In Re: Skylleur Hayes, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 679,499.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the application for postconviction relief, the district court's ruling, the transcript of the evidentiary hearing, pertinent district court minutes, or any other documentation that would support the claims set out in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_q.Snⱱ_

DEPUTY CLERK OF COURT
FOR THE COURT